

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

James Ronald Neal, Jr., Appellant

No. 06-25-00015-CR     v.

The State of Texas, Appellee

Appeal from the Criminal District Court No. 2 of Tarrant County, Texas (Tr. Ct. No. 1816615). Panel consists of Chief Justice Stevens and Justices van Cleef and Morriss.* Memorandum Opinion delivered by Chief Justice Stevens. *Chief Justice Morriss, III, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect Neal pled true to both enhancement paragraphs. We further modify the judgment by deleting the court costs. As modified, we affirm the judgment of the trial court.

We note that the appellant, James Ronald Neal, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 18, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk